UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
DEMARK DIXON,

            Plaintiff,        09 Civ. 5163 (WHP)

     -against-        SCHEDULING ORDER

FEDERAL BUREAU OF PRISONS et al.,

            Defendants.
---------------------------------- X

WILLIAM H. PAULEY III, District Judge:

        Plaintiff pro se having requested an adjournment of the initial pre-trial conference, the conference is adjourned to September 18, 2009 at 10:30 a.m.

        You are directed to: (a) mail copies of this Order to all attorneys in this action and any parties who have not appeared through counsel; and (b) retain proof of such service. If you are unaware of the identity of counsel for any of the parties, then send a copy of the notice to that party personally.

Dated:    August 7, 2009
           New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Copy mailed to*:

Mr. DeMark Dixon
48274-053
FCI Otisville
PO Box 1000
Otisville, NY 10963
*Plaintiff Pro Se*